JOSEPH M. McMULLEN
California State Bar Number 246757
FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467
E-mail: Joseph_McMullen@fd.org

Attorneys for Mr. Rodriguez-Gonzalez

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE M. JAMES LORENZ)**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 07CR0887-MJL |
| Plaintiff, | |
| v. | ORDER GRANTING JOINT MOTION TO CONTINUE SENTENCING HEARING |
| ANTONIO RODRIGUEZ-GONZALEZ | |
| Defendant. | |

**IT IS HEREBY ORDERED** that the joint motion to continue the sentencing hearing in this matter now scheduled for July 11, 2007 at 8:30 a.m. be continued until August 6, 2007 at 8:30 a.m.

**IT IS SO ORDERED**.

DATED: July 5, 2007

_____
M. James Lorenz
United States District Court Judge